**STAT**
BRIAN K. TERRY, ESQ.
Nevada Bar No. 3171
THORNDAL ARMSTRONG DELK
  BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
  Mail To:
  P.O. Box 2070
  Las Vegas, NV 89125-2070
Tel.:  (702) 366-0622
Fax:  (702) 366-0327
E-Mail:  bterry@thorndal.com
Attorney for Defendant,
British Airways PLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE A. JAQUES, individually;<br><br>Plaintiff,<br><br>vs.<br><br>BRITISH AIRWAYS PLC, a Foreign Business Corporation, DOES I - X and ROE CORPORATIONS I -X, inclusive,<br><br>Defendants. | CASE NO.  2:20-cv-00954<br><br>**DEFENDANT BRITISH AIRWAYS PLC'S  STATEMENT REGARDING REMOVAL** |

**1.   The date on which you were served with the copy of the complaint.**

Defendant was served on May 6, 2020.

**2.   The date on which you were served with a copy of the summons.**

Defendant was served on May 6, 2020.

/ / /

/ / /

/ / /

/ / /

/ / /

3. **In removal on diversity of citizenship, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties, and a summary of defendant's evidence of the amount in controversy.**

   *Served Defendants that are citizens of Nevada:*

   None.

   *Citizenship of other parties:*

   Plaintiff is a citizen of Nevada.

   *Summary of Defendant's evidence of the amount in controversy:*

   Not applicable as removal is based on federal question jurisdiction.

4. **If your notice of removal was filed more than 30 days after you first received a copy of the summons and complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal.**

   This removal is within 30 days of the date of service of summons and complaint.

5. **In actions removed on the basis of the court's jurisdiction in which the state court action was commenced more than one year before the date of removal, the reasons this action should not be summarily remanded to the state court.**

   Not applicable as the state court action was filed less than one year prior to removal.

///
///
///
///
///
///
///
///
///

-2-

6. **The name of any defendant known to have been served before you filed a notice of removal who did not formally join the notice of removal and the reasons they did not.**

None, British Airways PLC is the sole Defendant.

DATED this 27 day of May, 2020.

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

_____
Brian K. Terry, Esq.
Nevada Bar No. 003171
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
   Mail To:
   P.O. Drawer 2070
   Las Vegas, NV 89125-2070
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: bterry@thorndal.com
Attorney for Defendant,
British Airways PLC

## CERTIFICATE OF SERVICE

I certify that I am an employee of Thorndal, Armstrong, Delk, Balkenbush & Eisinger and that on this 27th day of May, 2020, I caused to be electronically filed and served a true copy of **DEFENDANT'S STATEMENT OF REMOVEAL** upon the following registered filing users pursuant to CM/ECF System set forth in Special Order No. 109 of the United States District Court, District of Nevada and by depositing a true and correct copy of same, enclosed in a sealed envelope upon which first class postage was fully prepaid, in the U.S. Mail in Las Vegas, Nevada, addressed as follows:

Kevin M. Hanratty, Esq.
Hanratty Law Group
1815 Village Center Cir., Suite 140
Las Vegas, Nevada 89134

Attorney for Plaintiff

_____
An employee of THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER