BRIAN K. TERRY, ESQ.
Nevada Bar No. 3171
THORNDAL ARMSTRONG DELK
  BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
  Mail To:
  P.O. Box 2070
  Las Vegas, NV 89125-2070
Tel.:  (702) 366-0622
Fax:  (702) 366-0327
E-Mail:  bterry@thorndal.com
Attorney for Defendant,
British Airways PLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE A. JAQUES, individually;<br><br>Plaintiff,<br><br>vs.<br><br>BRITISH AIRWAYS PLC, a Foreign Business Corporation, DOES I - X and ROE CORPORATIONS I -X, inclusive,<br><br>Defendants. | CASE NO.  2:20-cv-00954-JAD-BNW<br><br>**STIPULATION TO AMEND COUNT 1 OF THE COMPLAINT AND TO VOLUNTARILY DISMISS COUNTS 2-5 OF THE COMPLAINT PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>**ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that within fourteen days (14) of the date of this stipulation, Plaintiff Michelle Jacques may submit an Amended Complaint amending the First Count of the Complaint, to state a claim upon which relief can be granted pursuant to Article 17 of the Montreal Convention. Once the Amended Complaint is filed, Defendant British Airways will respond within twenty-one (21) days of the filing date.

/ / /

-1-

IT IS HEREBY FURTHER STIPULATED AND AGREED that Counts 2 through 5 of the above-captioned action are voluntarily dismissed, without prejudice, against Defendant British Airways PLC pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| DATED this 8th day of June, 2020. | DATED this 8th day of June, 2020. |
| HANRATTY LAW GROUP | THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER |
| */s/ Kevin M. Hanratty* | */s/ Brian K. Terry* |
| Kevin M. Hanratty, Esq.<br>Nevada Bar No. 7734<br>1815 Village Center Circle, Suite 140<br>Las Vegas, Nevada  89134<br>Tel.: (702) 821-1379<br><br>E-mail: kevinh@hanrattylawgroup.com<br><br>Attorney for Plaintiff<br>Michelle A. Jaques | Brian K. Terry, Esq.<br>Nevada Bar No. 3171<br>1100 East Bridger Avenue<br>Las Vegas, NV 89101-5315<br>Tel.:  (702) 366-0622<br>Fax:  (702) 366-0327<br>E-Mail:  bterry@thorndal.com<br><br>Attorney for Defendant,<br>British Airways PLC |

-2-

*Jaques v. British Ariways PLC*
2:20-cv-00954-JAD-BNW

## **ORDER**

IT IS HEREBY ORDERED that within fourteen days (14) of the date of this stipulation, Plaintiff Michelle Jacques may submit an Amended Complaint amending the First Count of the Complaint, to state a claim upon which relief can be granted pursuant to Article 17 of the Montreal Convention.

IT IS FURTHER ORDERED that Counts 2 through 5 of the above-captioned action are voluntarily dismissed, without prejudice, against Defendant British Airways PLC pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: June 8, 2020.

IT IS SO ORDERED:

_____
JUDGE JENNIFER A. DORSEY

Respectfully Submitted by:

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

*/s/ Brian K. Terry*
_____
Brian K. Terry, Esq.
Nevada Bar No. 3171
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
Tel.:  (702) 366-0622
Fax:  (702) 366-0327
E-Mail:  bterry@thorndal.com

Attorney for Defendant,
British Airways PLC