BRIAN K. TERRY, ESQ.
Nevada Bar No. 3171
THORNDAL ARMSTRONG DELK
  BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
  Mail To:
  P.O. Box 2070
  Las Vegas, NV 89125-2070
Tel.:  (702) 366-0622
Fax:  (702) 366-0327
E-Mail:  bterry@thorndal.com
Attorney for Defendant,
British Airways PLC

HARRISON D. SQUIRES, ESQ.
Southern District of New York No. HS0426
CONDON & FORSYTH, LLP
7 Times Square
New York, New York  10036
Tel.:  (212) 490-9100
Fax:  (212) 370-4453
Admitted Pro Hac Vice
Attorney for Defendant,
British Airways PLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE A. JAQUES, individually;<br><br>Plaintiff,<br><br>vs.<br><br>BRITISH AIRWAYS PLC, a Foreign Business Corporation, DOES I - X and ROE CORPORATIONS I -X, inclusive,<br><br>Defendants. | CASE NO.  2:20-cv-00954-JAD-BNW |

COMES NOW, plaintiff Michelle A. Jaques, by and through her counsel of record, Kevin M. Hanratty, Esq. of Hanratty Law Group and defendant British Airways PLC, by and through

-1-

its counsel of record, Brian K. Terry, Esq. of Thorndal Armstrong Delk Balkenbush & Eisinger and Harrison D. Squires, Esq. of Condon & Forsyth LLP, and the parties desiring to avoid expensive litigation, wish to entertain potential resolution of the case at this early stage, hereby agree and stipulate as follows:

1. The parties hereby stipulate and agree to a settlement conference with Magistrate Judge Brenda Weksler on September 9, 2020.

2. The parties hereby stipulate and agree to a telephonic conference call with Magistrate Judge Brenda Weksler at 3:00 p.m. on September 8, 2020, to discuss particulars and protocols of the settlement conference.

| DATED this 23rd day of July, 2020. | DATED this 23rd day of July, 2020. |
|---|---|
| HANRATTY LAW GROUP | THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER |
| */s/ Kevin M. Hanratty* | */s/ Brian K. Terry* |
| Kevin M. Hanratty, Esq.<br>Nevada Bar No. 7734<br>1815 Village Center Cir., Suite 140<br>Las Vegas, Nevada  89134<br>Tel: (702) 821-1379<br>E_mail: Kevinh@hanrattylawgroup.com<br>Attorney for Plaintiff<br>Michelle A. Jaques | Brian K Terry, Esq.<br>Nevada Bar No. 3171<br>1100 East Bridger Ave.<br>Las Vegas, Nevada  89101<br>Tel: (702) 366-0622<br>Fax: (702) 366-0327<br>E-Mail: bterry@thorndal.com<br><br>And<br><br>CONDON & FORSYTH LLP<br><br>*/s/ Harrison D. Squires*<br>Harrison D. Squires, Esq.<br>Southern District of New York No. HS0426<br>7 Times Square<br>New York, New York  10036<br>Tel.:  (212) 490-9100<br>Fax:  (212) 370-4453<br>Admitted Pro Hac Vice<br><br>Attorneys for Defendant,<br>British Airways PLC |

*Jaques v. Bristish Airways PLC*
*2:20-cv-00954-JAD-BNW*
*Stipulation for Settlement Conference*

Respectfully Submitted by:

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

*/s/ Brian K. Terry*
Brian K. Terry, Esq.
Nevada Bar No. 3171
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
Tel.:  (702) 366-0622
Fax:  (702) 366-0327
E-Mail:  bterry@thorndal.com

Attorney for Defendant,
British Airways PLC

IT IS SO ORDERED

DATED:  5:25 pm, July 28, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

-3-